UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUTH STERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1458SNL |
| ) | |
| INTERNAL MEDICINE ) | |
| CONSULTANTS, II, L.L.C., ET. AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment (#7) be and is **GRANTED**. Judgment is entered for defendants and against the plaintiff on the merits of her complaint. This cause of action is hereby **DISMISSED WITH PREJUDICE**.

Dated this __11th__ day of August, 2005.

_/s/ Stephen N. Limbaugh_
SENIOR UNITED STATES DISTRICT JUDGE